# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTINHO DE JOAO ROCHA,<br><br>Petitioner - Appellant,<br><br>v.<br><br>DORA SCHRIRO, .; et al.,<br><br>Respondents - Appellees. | No. 06-15505<br>D.C. No. CV-04-00490-JMR<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Arizona (Tucson).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction.**

Filed and entered 12/29/06

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 2 2 2007

by: _____
      Deputy Clerk
```

**FILED**

**NOT FOR PUBLICATION**

**DEC 29 2006**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTINHO DE JOAO ROCHA,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>DORA SCHRIRO; et al.,<br><br>    Respondents - Appellees. | No. 06-15505<br><br>D.C. No. CV-04-00490-JMR<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
John M. Roll, District Judge, Presiding

Submitted December 21, 2006[**]

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

Martinho de Joao Rocha appeals pro se from the portion of the district court's March 1, 2006, interlocutory order that denies his motion for

---

   [*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

   [**] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

reconsideration. We dismiss for lack of jurisdiction. *See Gulfstream Aerospace Corp. v. Mayacamas Corp.*, 485 U.S. 271, 276 (1988).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 2 2 2007

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-15505 Rocha v. Schriro, et al

MARTINHO DE JOAO ROCHA              Martinho De Joao Rocha
    Petitioner - Appellant         42199
                                              [NTC prs]
                                              ASPCL - ARIZONA STATE PRISON
                                              COMPLEX (LEWIS)
                                              Rast Unit
                                              P.O. Box 3600
                                              Buckeye, AZ 85326

   v.

DORA SCHRIRO, .                     Diane M. Acosta, Esq.
    Respondent - Appellee           FAX 602/542-4849
                                              602/542-4686
                                              [COR LD NTC dag]
                                              AGAZ - OFFICE OF THE ARIZONA
                                              ATTORNEY GENERAL (PHOENIX)
                                              1275 W. Washington St.
                                              Phoenix, AZ 85007-2997

TERRY GODDARD                       Diane M. Acosta, Esq.
    Respondent - Appellee           (See above)
                                              [COR LD NTC dag]